# EXHIBIT "A"



**ROETZEL**
FOCUSED ON WHAT MATTERS TO YOU

420 South Orange Avenue<br/>
CNL Center II<br/>
7th Floor<br/>
Orlando, FL  32801<br/>
PHONE 407.896.2224 FAX 407.835.3596<br/>
gjensen@ralaw.com<br/><br/>
WWW.RALAW.COM

August 14, 2013

**VIA EMAIL ONLY**

David H. Flint, Esq. (dflint@SWFLLP.com)
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

    Re:    Irrevocable Letter of Credit (#79317301) (the "Letter of Credit"), dated May 30, 2002 in the original total amount of $4,040,329.00 issued by AmSouth Bank, predecessor-in-interest to Regions Bank ("Regions") in favor of The Bank of New York Trust Company of Florida, N.A., as trustee (the "Trustee") under that certain Trust Indenture dated May 1, 2002 (the "Trust Indenture") relating to Housing Authority of Conyers, Georgia's Multifamily Housing Revenue Bonds (Towne Pointe Apartments Project) Series 2002, and secured by (i) Credit Agreement dated May 1, 2002 (the "Credit Agreement"), and (ii) Deed to Secure Debt, Assignment of Leases and Security Agreement dated May 1, 2002, and guaranteed pursuant to that certain Credit Guaranty Agreements dated May 1, 2002 (the "Guaranty") executed by Housing Systems, Incorporated (the foregoing documents, together with all documents executed in connection therewith, as the "Credit Documents").

Dear Mr. Flint:

    Our firm represents Regions Bank, the owner and holder of the Credit Documents referenced above.

    You have requested that Regions Bank provide you with a payoff statement setting forth the amounts due and owing to the Regions Bank as of August 13, 2013. Accordingly, please be advised that the following amounts are due and owing on the Loan as of 2:00 p.m. EST on that date:

**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

CHICAGO · WASHINGTON, D.C. · CLEVELAND · TOLEDO · AKRON · COLUMBUS · CINCINNATI
ORLANDO · FORT MYERS · NAPLES · FORT LAUDERDALE · TALLAHASSEE · NEW YORK

August 14, 2013
Page 2

| | | |
|---|---|---:|
| Principal Balance | $ | 4,000,000.00 |
| Interest | $ | 157,984.98 |
| Appraisal | $ | 4,500.00 |
| Legal Fees and Costs | $ | 38,152.77 |
| **TOTAL** | **$** | **4,200,637.75** |

    Interest has accrued and will continue to accrue on the principal balance at the per diem rate of $472.22222 from and after August 13, 2013. In addition, there are ongoing legal matters in connection with the Credit Documents which may result in additional charges. The amounts stated above are only intended to cover amounts owed through August 13, 2013. In the event the credit obligor Towne Pointe, L.P., desires to satisfy its obligations under the Credit Documents after August 13, 2013, please contact the undersigned for the exact amount due on the day that such payment is intended to be made.

    The information contained herein is based on information obtained from Regions Bank and is intended to be accurate based on Regions Bank's records. To the extent that it is not, Regions Bank reserves the right to modify this letter to accurately reflect the amounts that are due and owing under the Credit Documents.

Very truly yours,

Roetzel & Andress, LPA

W. Glenn Jensen

cc: Brian Durham (via email)
      Doug Trivers (via email)

7494740 _1