# EXHIBIT "B"

| | |
|---|---|
| **From:** | Jensen, Glenn |
| **To:** | Flint, David |
| **Cc:** | Barshay, Cliff; Lavoie, Andrew |
| **Subject:** | RE: WestlawNext - Peebles v. Miley |
| **Date:** | Thursday, August 22, 2013 10:46:44 AM |

Dave,
My client will provide a redacted billing statement once the debt has been satisfied. Due to the pending litigation, they will also only agree to provide the appraisal once it's paid and subject to an indemnification.

-----Original Message-----
From: Flint, David [mailto:dflint@SWFLLP.com]
Sent: Thursday, August 22, 2013 10:04 AM
To: Jensen, Glenn
Cc: Barshay, Cliff; Lavoie, Andrew
Subject: FW: WestlawNext - Peebles v. Miley

Please send an itemized statement of the attorney fees you are seeking in connection with the payoff of the Towne Pointe loan.   Also, we want to see the appraisal before we pay for a copy. Thank you.

-----Original Message-----
From: WestlawNext@westlawnext.com [mailto:WestlawNext@westlawnext.com]
Sent: Wednesday, August 21, 2013 8:28 PM
To: Flint, David
Subject: WestlawNext - Peebles v. Miley

Andrew Lavoie sent you content from WestlawNext.
Please see the attached file.

Item:       Peebles v. Miley
Citation:   439 So.2d 137
Sent On:    August 21, 2013
Sent By:    Andrew Lavoie
Client ID:  150/1

Note: Alabama law about multifactor test to determine a 'reasonable' fee -- pretty high hurdle to clear.


----------------------------------------------------------------------------
WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works.


Any federal tax advice contained herein or in any attachment
hereto is not intended to be used, and cannot be used, to (1)
avoid penalties imposed under the Internal Revenue Code or
(2) support the promotion or marketing of any transaction or
matter.  This legend has been affixed to comply with U.S.
Treasury Regulations governing tax practice.