# EXHIBIT "C"

| | |
|---|---|
| **From:** | Jensen, Glenn |
| **To:** | Barshay, Cliff; Flint, David |
| **Cc:** | "Doug Trivers (dtrivers@hsimanagement.com)"; "Jack and Shirley Hammer (salford@mindspring.com)"; Lavoie, Andrew |
| **Subject:** | RE: Regions Bank/Towne Pointe, LP |
| **Date:** | Wednesday, August 21, 2013 10:13:44 AM |

Thanks for the information.  My client is requiring the payoff by Thursday of this week. As you may know, we have a federal court receiver motion pending and the judge is taking the motion under advisement once the pleadings are closed.  My client isn't going to be extending our reply deadline for Friday.  Also we will work with the trustee on the bond indenture for the bond termination.  You should have our wire instructions for the wire.  Please include additional interest as the payoff on the credit documents was as of August 13.  Thanks.

**From:** Barshay, Cliff [mailto:cbarshay@SWFLLP.com]
**Sent:** Tuesday, August 20, 2013 5:13 PM
**To:** Flint, David; Jensen, Glenn
**Cc:** 'Doug Trivers (dtrivers@hsimanagement.com)'; 'Jack and Shirley Hammer (salford@mindspring.com)'; Lavoie, Andrew
**Subject:** RE: Regions Bank/Towne Pointe, LP

Glenn – we are waiting for final approval from our investor in connection with the buyout of their limited partner interests. We except that shortly. Funds are ready to go on our end. We are determining whether we need any approvals from HUD regarding the change in the LP interests as well as the payoff; waiting on final word from HUD on that. Finally, are you coordinating with the trustee for the bonds regarding satisfaction of the bonds?  We contacted the trustee and they were getting in touch with Regions direct.   Please advise on that.  Thanks, Cliff

Clifford A. Barshay, Esq.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
(404)954-9851 (direct)
(404)681-3450 (main switchboard)
(404)681-1046 (fax)
cbarshay@swfllp.com


**From:** Flint, David
**Sent:** Tuesday, August 20, 2013 10:32 AM
**To:** 'Jensen, Glenn'
**Cc:** Barshay, Cliff; Doug Trivers (dtrivers@hsimanagement.com); 'Jack and Shirley Hammer (salford@mindspring.com)'; Lavoie, Andrew
**Subject:** RE: Regions Bank/Towne Pointe, LP

Yes, I agree.

**From:** Jensen, Glenn [mailto:gjensen@ralaw.com]
**Sent:** Tuesday, August 20, 2013 10:00 AM

**To:** Flint, David
**Subject:** RE: Regions Bank/Towne Pointe, LP

I have informed my client that the expectation is a payoff this week. In light of this information, do you agree we should stand down all litigation for this week?

---

**From:** Flint, David [mailto:dflint@SWFLLP.com]
**Sent:** Monday, August 19, 2013 8:46 PM
**To:** Jensen, Glenn
**Subject:** RE: Regions Bank/Towne Pointe, LP

We are trying to settle with the LP by purchasing its interest. Hopefully, we will get this done before the end of this week.

---

**From:** Jensen, Glenn [mailto:gjensen@ralaw.com]
**Sent:** Monday, August 19, 2013 12:03 PM
**To:** Flint, David; Hibbert, Yvonne
**Subject:** RE: Regions Bank/Towne Pointe, LP

David,

Do you expect the closing today?

---

**From:** Flint, David [mailto:dflint@SWFLLP.com]
**Sent:** Friday, August 16, 2013 1:06 PM
**To:** Hibbert, Yvonne
**Cc:** Jensen, Glenn
**Subject:** RE: Regions Bank/Towne Pointe, LP

The wire transfer should be next week. I will keep you informed.  Have a nice weekend !!

---

**From:** Hibbert, Yvonne [mailto:YHibbert@ralaw.com]
**Sent:** Friday, August 16, 2013 12:54 PM
**To:** Flint, David
**Cc:** Jensen, Glenn
**Subject:** Regions Bank/Towne Pointe, LP

Dear Mr. Flint:

    Attached please find our wire instructions.  Please advise when the wire has been initiated.  Thank you.


**Yvonne A. Hibbert**
**Legal Assistant to W. Glenn Jensen, Esquire**
**Roetzel & Andress**
**420 South Orange Avenue**
**7th Floor**
**Orlando, FL  32801**
**Main:  (407) 896-2224**

*Direct: (407) 835-8561*
*Fax:     (407) 835-3596*
*Email:  yhibbert@ralaw.com*

Any federal tax advice contained herein or in any attachment hereto is not intended to be used, and cannot be used, to (1) avoid penalties imposed under the Internal Revenue Code or (2) support the promotion or marketing of any transaction or matter. This legend has been affixed to comply with U.S. Treasury Regulations governing tax practice.