# EXHIBIT "E"


**ROETZEL**
FOCUSED ON WHAT MATTERS TO YOU

420 South Orange Avenue
CNL Center II
7th Floor
Orlando, FL 32801
PHONE 407.896.2224 FAX 407.835.3596
gjensen@ralaw.com

WWW.RALAW.COM

September 10, 2013

**VIA EMAIL ONLY**

Michael J. Alfano
(Michael.J.Alfano@bnymellon.com)
Associate Client Service Manager
The Bank of New York Mellon Trust
Company, N. A.
10161 Centurion Parkway
Jacksonville, Florida 32256

David H. Flint, Esq. (dflint@SWFLLP.com)
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street NE
Suite 800
Atlanta, GA 30309-4516

Re: Irrevocable Letter of Credit (#79317301) (the "Letter of Credit"), dated May 30, 2002 in the original total amount of $4,040,329.00 issued by AmSouth Bank, predecessor-in-interest to Regions Bank ("Regions") in favor of The Bank of New York Trust Company of Florida, N.A., as trustee under that certain Trust Indenture dated May 1, 2002 (the "Trust Indenture") relating to Housing Authority of Conyers, Georgia's Multifamily Housing Revenue Bonds (Towne Pointe Apartments Project) Series 2002, and secured by (i) Credit Agreement dated May 1, 2002 (the "Credit Agreement"), and (ii) Deed to Secure Debt, Assignment of Leases and Security Agreement dated May 1, 2002, and guaranteed pursuant to that certain Credit Guaranty Agreements dated May 1, 2002 (the "Guaranty") executed by Housing Systems, Incorporated.

Dear Messrs. Alfano and Flint:

Our firm represents Regions Bank in connection with the Credit Documents[1] referenced above.

You have requested that Regions Bank provide you with a payoff statement setting forth the amounts due and owing to the Regions Bank as of the present time. Accordingly, please be

---

[1] Defined in the Credit Agreement.

**ROETZEL & ANDRESS**
A LEGAL PROFESSIONAL ASSOCIATION

CHICAGO · WASHINGTON, D.C. · CLEVELAND · TOLEDO · AKRON · COLUMBUS · CINCINNATI
ORLANDO · FORT MYERS · NAPLES · FORT LAUDERDALE · TALLAHASSEE · NEW YORK

September 10, 2013
Page 2

advised that the following amounts are due and owing under the Credit Documents as of 2:00 p.m. EST on September 11, 2013:

| | | |
|---|---|---:|
| Principal Balance | $ | 4,000,000.00 |
| Interest | $ | 172,151.64 |
| Appraisal | $ | 4,500.00 |
| Legal Fees and Costs: | | |
|     Roetzel & Andress, LPA: | $ | 51,940.94 |
|     Stites & Harbison, PLLC: | $ | 21,752.50 |
|     Arbitration Fee: | $ | 8,200.00 |
| **TOTAL** | **$** | **4,258,545.08** |

Interest has accrued and will continue to accrue on the principal balance at the per diem rate of $472.22222 from and after September 11, 2013. In addition, there are ongoing legal matters in connection with the Credit Documents which will result in additional charges. The amounts stated above are only intended to cover amounts owed through September 11, 2013.

In the event Towne Pointe, L.P., desires to satisfy its obligations under the Credit Documents, please contact the undersigned for the exact amount due on the day that such payment is intended to be made. Subject to the foregoing, Regions Bank waives the 15 day notice required under Section 6.04 of the Trust Indenture.

The information contained herein is based on information obtained from Regions Bank and is intended to be accurate based on Regions Bank's records. To the extent that it is not, Regions Bank reserves the right to modify this letter to accurately reflect the amounts that are due and owing under the Credit Documents.

Very truly yours,

Roetzel & Andress, LPA

W. Glenn Jensen

cc: Brian Durham (via email)

7576763_1